AVON SPRINGS SANITARIUM COMPANY, Respondent, *v.* WILLIAM
J. WEED, Appellant.

*Avon Springs Sanitarium Co.* v. *Weed,* 119 App. Div. 560, reversed.
(Argued October 4, 1907; decided October 22, 1907.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial depart-
ment, entered May 1, 1907, which affirmed an interlocutory
judgment of Special Term overruling a demurrer to the com-
plaint in an action to recover the amount of a subscription for
stock.

The following question was certified: " Does the complaint
herein state facts sufficient to constitute a cause of action ? "

*Edwin A. Nash* and *William Carter* for appellant.

*James G. Greene* for respondent.

Order reversed and judgment ordered for defendant on the
demurrer, with costs in all courts, on dissenting opinion of
McLENNAN, P. J., below. Question certified answered in the
negative.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT,
HAIGHT, VANN and CHASE, JJ. Absent: HISCOCK, J.